NO. 07-06-0366-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 23, 2007

______________________________

CARLOS A.L. VAUGHN, APPELLANT

V.

BRUCE ZELLER, JOE NUNN AND KATHY SKINNER, APPELLEES

_________________________________

FROM THE 320
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 092479-00-D; HONORABLE DON EMERSON, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

Carlos A.L. Vaughn filed a notice of appeal from a summary judgment in favor of appellees.  The trial court clerk’s record was filed on November 3, 2006
.  By letter dated December 20, 2006,  the clerk of this court notified Vaughn that appellant’s brief was due December 4, 2006, but had yet to be filed.  
See
 
Tex. R. App. P.
 38.6(a), 38.8.  The letter further advised Vaughn that the appeal would be subject to dismissal for want of prosecution if the brief, or a response reasonably explaining the failure to file a brief with a showing that appellees had not been injured by the delay, was not filed by January 2, 2007.  No brief, motion for extension or other response has been received.  

Accordingly, we now dismiss the appeal for want of prosecution and failure to comply with a directive of the court.  
See
 
Tex. R. App. P.
 38.8(a)(1) and 42.3(b), (c).    

James T. Campbell

        Justice